UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAGISTRATE JUDGE MARTIN

UNITED STATES OF AMERICA

v.

EDWARD J. NOVAK; ROY M. PAYAWAL; VENKATESWARA R. KUCHIPUDI, also known as "V.R. Kuchipudi;" PERCY CONRAD MAY, Jr.; and SHANIN MOSHIRI, also known as "Shawni Moshiri"

CASE NUMBER: 13 CR 312

UNDER SEAL

FILED
APR 15 2013
4-15-2013
MAGISTRATE JUDGE
DANIEL G. MARTIN

## GOVERNMENT'S MOTION TO SEAL COMPLAINT, AFFIDAVIT, AND ARREST WARRANTS

Now comes the UNITED STATES OF AMERICA, by GARY S. SHAPIRO, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal Complaint, Affidavit, and Arrest Warrants:

The public filing of the Complaint, Affidavit, and Arrest Warrants in this matter before the arrest warrants can be executed could alert the defendants and result in their flight and the destruction of evidence.

For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrants, as well as this Motion to Seal, be sealed until the time of arrest of all defendants in this case or further order of the Court, whichever occurs earlier.

Respectfully submitted,
GARY S. SHAPIRO
United States Attorney

By: _____
Joel M. Hammerman
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 353-8881

DATE: April 15, 2013