# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Daniel G. Martin | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 13 CR 312 - ALL | **DATE** | 4/15/2013 |
| **CASE TITLE** | USA vs. Edward J. Novak, et al | | |

**DOCKET ENTRY TEXT**

Enter Order granting government's Motion to Seal Complaint, Affidavit and Arrest Warrants.

Docketing to mail notices.



| | Courtroom Deputy Initials: | LXS |
|---|---|---|