UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD NOVAK,<br>ROY PAYAWAL,<br>VENKATESWARA R. KUCHIPUDI,<br>PERCY CONRAD MAY, JR.; and<br>SHANIN MOSHIRI | No. 13 CR 312<br><br>Magistrate Judge DANIEL G. MARTIN |

MOTION FOR ENTRY OF AGREED
PROTECTIVE ORDER GOVERNING DISCOVERY

Pursuant to Fed. R. Crim. P. 16(d) and 18 U.S.C. § 3771(a), the United States of America, by GARY S. SHAPIRO, United States Attorney for the Northern District of Illinois, moves for the entry of an agreed protective order, and in support thereof states as follows:

1. The complaint in this case charges defendants with having conspired to knowingly and willfully offer and pay, and solicit and receive, remunerations directly and indirectly, overtly and covertly, in return for the referral of patients for the furnishing and arranging for the furnishing of any item and service for which payment may be made in whole or in part under a Federal health care program, in violation of Title 42, United States Code, Section1320a-7b(b), all in violation of Title 18, United States Code, Section 371.

2.	The discovery to be provided by the government in this case includes sensitive information, whose unrestricted dissemination could adversely affect law enforcement interests and the privacy interests of third parties.

3.	The government has discussed the proposed protective order with counsel for defendants, who agree to the entry of the proposed order.

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

                                            Respectfully submitted,

                                            GARY S. SHAPIRO
                                            United States Attorney

By:	*/s/ Terra Reynolds*
      TERRA REYNOLDS
      Assistant U.S. Attorney
      219 South Dearborn St., 5th Floor
      Chicago, Illinois 60604
      (312) 353-3148

Dated: May 28, 2013

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER GOVERNING DISCOVERY**

was served pursuant to the district court's ECF system as to ECF filers on MAY 28, 2013.

  /s/ Terra Reynolds
TERRA REYNOLDS
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-3148