## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | Case No. 13 cr 312 |
| | ) | |
| v. | ) | Judge:   Daniel G. Martin |
| | ) | |
| Novak, et al. | ) | Acting Chief Judge: Matthew F. Kennelly |

## **ORDER**

    Hearing held on 9/24/2013.   Motion by USA for extension of time in which to return indictment as to Edward J Novak, Roy M. Payawal, Percy Conrad May, Jr,, Subir Maitra, and Shanin Moshiri [117] is granted.   Extension is warranted due to complexity of the matter under investigation by the grand jury.   The time for filing of an indictment is extended to 10/25/2013.


Date:   9/24/2013                                                                          /s/ Matthew F. Kennelly


(T:05)